TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00833-CV
 
 




 

 

C. B., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 146th
 District Court OF Bell COUNTY, 
 NO. 255,526-B,
 The Honorable Rick Morris, JUDGE PRESIDING
 
 




 


 
 
                                                                 O
 R D E R
 PER CURIAM
 Appellant C.B. filed her notice of appeal on December
 19, 2012.  The appellate record
 was complete January 3, 2013,
 making appellant=s brief
 due January 23, 2013.  On January
 18, 2013, counsel for appellant filed a motion for extension of time
 to file appellant’s brief.
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this
 Court’s leeway in granting extensions. 
 In this instance, we will grant the motion and order counsel to file appellant’s brief no later than February 7, 2013.  If the
 brief is not filed by that date, counsel may be required to show cause why he should
 not be held in contempt of court.
 It is ordered on January 22,
 2013.
  
 Before Chief
 Justice Jones, Justices Goodwin and
 Field